**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-CV-61757-ALTMAN/HUNT

VITAL PHARMACEUTICALS, INC., a
Florida corporation d/b/a Bang Energy,

Plaintiff,

v.

MONSTER ENERGY COMPANY,
a Delaware corporation and REIGN
BEVERAGE COMPANY, LLC, a
Delaware limited liability company,

Defendants.

_______________________________________/

**NOTICE OF EXTENSION OF DEADLINES**
**PURSUANT TO SECTION 108 OF THE UNITED STATES BANKRUPTCY CODE**

Plaintiff, Vital Pharmaceuticals, Inc., by and through undersigned counsel, would show unto this Court as follows:

1. On October 10, 2022 (the "Petition Date"), Vital Pharmaceuticals, Inc. (the "Debtor") filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, under Case No. 22-17842-PDR.

2. By virtue of the bankruptcy filing, all of the Debtor's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3. Be advised, pursuant to § 108 of Title 11 of the United States Code, if applicable non-bankruptcy law, an order entered in a non-bankruptcy proceeding, or an agreement fixes a period within which the Debtor may file any pleading, demand, notice, or proof of claim or loss, cure a default, or perform any other similar act, and such period has not expired before the date of

the filing of the petition, the trustee [or Debtor] may only file, cure, or perform, as the case may be, before the later of--

(1) the end of such period, including any suspension of such period occurring on or after the commencement of the case; or

(2) 60 days after the order for relief.

*See* 11 U.S.C. §108(b)(2022)

4. Any pending deadlines in this matter are extended as a matter of law until December 10, 2022.

Dated: October 25, 2022.

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel: 305.297.1878
By: /s/ *Courtney Caprio*
Courtney Caprio
Florida Bar No. 933961
courtney@axslawgroup.com
eservice@axslawgroup.com

*Counsel for Vital Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022 a true and correct copy of the above was served on all parties and counsel of record via CM/ECF system.

/s/ *Courtney Caprio*
Courtney Caprio